1 | **THE WESTON FIRM**
2 | GREGORY S. WESTON (239944)
  | JACK FITZGERALD (257370)
3 | 888 Turquoise Street
4 | San Diego, CA 92109
  | Telephone: 858 488 1672
5 | Facsimile:   480 247 4553
6 | greg@westonfirm.com
  | jack@westonfirm.com
7 |
8 | **BECK & LEE BUSINESS TRIAL LAWYERS**
  | JARED H. BECK (233743)
9 | ELIZABETH LEE BECK (233742)
10 | Courthouse Plaza Building
   | 28 West Flagler Street, Suite 555
11 | Miami, FL 33130
12 | Telephone: 305 789 0072
   | Facsimile:   786 664 3334
13 | jared@beckandlee.com
14 | elizabeth@beckandlee.com

15 | Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated, | Case No. 2:10-cv-04173 AHM AJW |
|---|---|
| | Pleading Type: Class Action |
| Plaintiffs, | **PLAINTIFFS' OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT** |
| v. | |
| GRUMA CORPORATION and GRUMA S.A.B. de C.V., | Judge: The Hon. A. Howard Matz |
| | Complaint Filed: June 4, 2010 |
| Defendants. | |

*Henderson et al. v. Gruma Corporation et al.*, Case No. 2:10-cv-04173 AHM AJW
PLAINTIFFS' OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT

Plaintiffs Mary Henderson and Eileen Joy Peviani oppose Defendant Gruma Corporation's *ex parte* motion to exceed their 25 page limit by 12 pages. Defendant has made no showing as to why the issues presented in this case require such a large deviation from the ordinary page limit.  Further, Gruma does not demonstrate, or even allege, the emergency required to support *ex parte* relief. *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

DATED: July 13, 2010                                    Respectfully Submitted,

/s/Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
888 Turquoise Street
San Diego, CA 92109
Telephone:  858 488 1672
Facsimile:    480 247 4553

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK
ELIZABETH LEE BECK
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:  305 789 0072
Facsimile:    786 664 3334

Counsel for Plaintiffs

1

*Henderson et al. v. Gruma Corporation et al.*, Case No. 2:10-cv-04173 AHM AJW
PLAINTIFFS' OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT