| | |
|---|---|
| 1 | R.D. KIRWAN (SBN 46259) |
| 2 | DAVID C. ALLEN (SBN 190479)<br>KALIA C. PETMECKY (SBN 194094)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 3 | 2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012 |
| 4 | Telephone:   310-229-1000<br>Facsimile:    310-229-1001 |
| 5 | E-Mail:        rkirwan@akingump.com<br>                      dallen@akingump.com |
| 6 |                      kpetmecky@akingump.com |
| 7 | GREGORY S. C. HUFFMAN |
| 8 | NICOLE L. WILLIAMS<br>**THOMPSON & KNIGHT LLP** |
| 9 | 1722 Routh Street, Suite 1500<br>Dallas, Texas 75201 |
| 10 | Telephone:   214 969-1700<br>Facsimilie:    214 969-1751 |
| 11 | E-Mail:         gregory.huffman@tklaw.com<br>                       nicole.williams@tklaw.com |
| 12 |     *Pro Hac Vice* application to be filed |
| 13 | Attorneys for Defendant<br>GRUMA CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>GRUMA CORPORATION and GRUMA S.A.B. de C.V.,<br><br>Defendants. | Case No. CV10 4173 AHM (AJWx)<br><br>**DEFENDANT GRUMA CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:            August 16, 2010<br>Time:            10:00 a.m.<br>Courtroom:    14<br><br>Complaint Filed:   June 4, 2010<br>Trial Date:            None Set |

Defendant Gruma Corporation ("Gruma") files this request for judicial notice in support of its Motion to Dismiss.  Pursuant to Federal Rule of Evidence 201, this Court can and should take judicial notice of the following documents and facts[1]:

1. A certified copy of Annual List of Officers filed with the Nevada Secretary of State, demonstrating that all of the officers of Gruma reside in Texas, dated September 8, 2009, a true a correct copy of which is attached hereto as Exhibit A.

2. A certified copy of Gruma's Certificate of Existence with Status in Good Standing from the Nevada Secretary of State, dated September 24, 2009, a true a correct copy of which is attached hereto as Exhibit B

3. A copy of the Texas Franchise Tax Public Information Report field with the Texas Secretary of State, stating Gruma's principal place of business as Irving, Texas, dated November 6, 2008, a true a correct copy of which is attached hereto as Exhibit C.

4. A copy of *Gruma Corp. v. Morrison*, 2010 Ark. 151 (2010) holding Gruma's principal place of business is Texas, a true a correct copy of which is attached hereto as Exhibit D.

5. A copy of *Magallanes v. Penske Logistics, LLC,* 570 F. Supp. 2d 907 (W.D. Tex. 2008), holding Gruma's principal place of business is Texas, a true a correct copy of which is attached hereto as Exhibit E.

//
//
//
//
//

---

[1] The Court can take judicial notice of the attached documents because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b); *Caffery v. New York Cent. R. Co.,* 324 F. 2d 711, 712 (2d Cir. 1963) (taking judicial notice of company's state of incorporation and principal place of business).

6. Therefore, in light of the foregoing, Gruma's principal place of business is Irving, Texas.

Dated: July 15, 2010

AKIN GUMP STRAUSS HAUER & FELD LLP
R.D. KIRWAN
DAVID C. ALLEN
KALIA C. PETMECKY

By  /s/ R.D. Kirwan
R.D. Kirwan
Attorneys for Defendant
GRUMA CORPORATION

2633666.9