**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:   (305) 789-0072
Facsimile:    (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

<u>Counsel for Plaintiffs and the Proposed Class</u>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION and GRUMA S.A.B. de C.V.,<br><br>Defendants. | Case No.: 2:10-cv-04173 AHM (AJWx)<br><br>Pleading Type: Class Action<br><br>**BECK & LEE BUSINESS TRIAL LAWYERS' OPPOSITION TO NOTICE OF TERMINATION OF BECK & LEE BY PLAINTIFFS MARY HENDERSON AND EILEEN JOY PEVIANI AND [PROPOSED] ORDER & NOTICE OF FILING RELATED EXHIBITS**<br><br>Judge: The Honorable A. Howard Matz |

The Notice of Termination of Beck & Lee by Plaintiffs Mary Henderson and Eileen Joy Peviani and [Proposed] Order ("Termination Notice") [D.E. 37] filed by The Weston Firm ("Weston") on August 19, 2010, is part of an improper and invalid attempt to terminate Beck & Lee in each of the firms' jointly prosecuted class actions.  It was filed in retaliation for Beck & Lee's investigating information from Weston's paralegal that Weston inappropriately recruited a class action plaintiff through offer of a "kickback" and employment of a runner/capper, and illegally promised to split settlement proceeds with non-lawyer employees.

The relevant facts are set forth in papers filed on August 18, 2010, and attached hereto, in another consumer class action jointly prosecuted by Weston and Beck & Lee, *Red et al. v. Unilever United States, Inc. et al.*, No. 5:10-cv-00387-JW (N.D. Cal.) ("*Unilever*"), currently pending before the Honorable James Ware:

- Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed] Order (**Exhibit 1** hereto);

- Declaration of Elizabeth Lee Beck in Support of Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed] Order (**Exhibit 2** hereto);

- Declaration of Jared H. Beck in Support of Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed] Order (with attachments) (**Exhibit 3** hereto); and

- Notice of Filing Declaration of Alejandro Gutierrez in Support of Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs

1

*Henderson et al. v. Gruma Corp. et al.*, No. 2:10-cv-04173 AHM (AJXx)
BECK & LEE BUSINESS TRIAL LAWYERS' OPPOSITION TO NOTICE OF TERMINATION

1 | Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed]
2 | Order (**Exhibit 4** hereto).

Beck & Lee also submits as **Exhibit 5** hereto the Order Setting Hearing on Motion Re: Notice of Termination of Beck & Lee ("Order") issued by Judge Ware in *Unilever* on August 20, 2010.  The Order sets a hearing on September 13, 2010, at 9 a.m. regarding the Notice of Termination of Beck & Lee and Reese Richman LLP filed by Weston in that matter.

Accordingly, Beck & Lee respectfully requests that the Court deny the relief sought in the Notice of Termination of Beck & Lee by Plaintiffs Mary Henderson and Eileen Joy Peviani, and that the Court grant such other and further relief as may be necessary and proper.

DATED: August 22, 2010                                    Respectfully Submitted,


                                                          s/Elizabeth Lee Beck
                                                          Elizabeth Lee Beck

                                                          **BECK & LEE BUSINESS TRIAL LAWYERS**
                                                          JARED H. BECK
                                                          ELIZABETH LEE BECK
                                                          28 West Flagler Street, Suite 555
                                                          Miami, FL 33130
                                                          Telephone:   (305) 789-0072
                                                          Facsimile:    (786) 664-3334

                                                          <u>Counsel for Plaintiffs and the Proposed Class</u>

2

*Henderson et al. v. Gruma Corp. et al.*, No. 2:10-cv-04173 AHM (AJXx)
BECK & LEE BUSINESS TRIAL LAWYERS' OPPOSITION TO NOTICE OF TERMINATION