1  **THE WESTON FIRM**
GREGORY S. WESTON (239944)
2  JACK FITZGERALD (257370)
3  888 Turquoise Street
San Diego, CA 92109
4  Telephone: 858 488 1672
5  Facsimile:  480 247 4553
greg@westonfirm.com
6  jack@westonfirm.com
7
<u>Counsel for Plaintiffs</u>
8

9

10          **UNITED STATES DISTRICT COURT**

11          **CENTRAL DISTRICT OF CALIFORNIA**

12

13

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION and GRUMA S.A.B. de C.V.,<br><br>Defendants. | Case No.: 2:10-cv-04173 AHM (AJWx)<br>Pleading Type:  Class Action<br>Action Filed:   June 4, 2010<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF ONLY DEFENDANT GRUMA S.A.B. de C.V.**<br><br>Judge: The Hon. A. Howard Matz |

**TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiffs Mary Henderson and Eileen Peviani hereby dismiss all of their claims, without prejudice, against *only* Defendant GRUMA S.A.B. de C.V. Defendants have not filed an answer or motion for summary judgment. Plaintiffs continue to maintain their claims against Defendant Gruma Corporation.

Dated:  August 26, 2010                                              Respectfully Submitted,

/s/Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
Gregory S. Weston
Jack Fitzgerald
888 Turquoise Street
San Diego, CA 92109
Telephone:   858 488 1672
Facsimile:    480 247 4553

*Counsel for Plaintiffs*

1

*Henderson et al. v. Gruma Corporation et al., Case No. 2:10-cv-04173 AHM (AJWx)*
NOTICE OF DISMISSAL