| | |
|---|---|
| 1 | **BECK & LEE BUSINESS TRIAL LAWYERS** |
| 2 | JARED H. BECK (233743) |
|   | ELIZABETH LEE BECK (233742) |
| 3 | Courthouse Plaza Building |
| 4 | 28 West Flagler Street, Suite 555 |
|   | Miami, FL 33130 |
| 5 | Telephone:   (305) 789-0072 |
| 6 | Facsimile:   (786) 664-3334 |
|   | jared@beckandlee.com |
| 7 | elizabeth@beckandlee.com |
| 8 | |
|   | Counsel for Plaintiffs and the Proposed Class |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION and GRUMA S.A.B. de C.V.,<br><br>Defendants. | Case No.: 2:10-cv-04173 AHM (AJWx)<br><br>Pleading Type: Class Action<br><br>**BECK & LEE BUSINESS TRIAL LAWYERS' NOTICE OF FILING ORDERS REGARDING IMPROPER TERMINATION OF BECK & LEE**<br><br>Judge: The Honorable A. Howard Matz |

    Beck & Lee Business Trial Lawyers ("Beck & Lee") hereby files as **Exhibit 1** hereto the Order Denying Administrative Motion to Continue Motion on Plaintiffs' Notice of Termination of Counsel ("Order") issued by Judge James Ware on August 25, 2010 in *Red et al. v. Unilever PLC, et al.* ("*Unilever*"), No. 5:10-cv-00387-JW (N.D. Cal.). The Order denies The Weston Firm's motion to continue the hearing scheduled for September 13, 2010, at 9:00 a.m. on the Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt filed by The Weston Firm in that case.

    Beck & Lee also attaches as **Exhibit 2** hereto the Order from the Central District of California in *Henderson v. The J.M. Smucker Company*, No. 10-cv-4524-GHK, issued on August 25, 2010, striking from the record the Notice of Termination of Beck & Lee filed by The Weston Firm in that case.

DATED: September 1, 2010

                                               Respectfully Submitted,

                                               s/Elizabeth Lee Beck
                                               Elizabeth Lee Beck

                                             **BECK & LEE BUSINESS TRIAL LAWYERS**
                                             JARED H. BECK
                                             ELIZABETH LEE BECK
                                             28 West Flagler Street, Suite 555
                                             Miami, FL 33130
                                             Telephone:   (305) 789-0072
                                             Facsimile:   (786) 664-3334

                                             <u>Counsel for Plaintiffs and the Proposed Class</u>

1

*Henderson et al. v. Gruma Corp. et al.*, No. 2:10-cv-04173 AHM (AJXx)
BECK & LEE BUSINESS TRIAL LAWYERS' NOTICE OF FILING ORDERS