UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-04173-AHM (AJWx) | Date | March 21, 2011 |
|---|---|---|---|
| Title | MARY HENDRSON , et al. v. GRUMA CORPORATION et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gregory Weston (via tel.) | Gregory S.C. Huffman |
| | R. De Witt Kirwan |

**Proceedings:** SCHEDULING CONFERENCE

Scheduling conference held.

Court grants Plaintiffs' request to terminate the firm of Beck & Lee Business Trial Lawyers as attorneys of record for Plaintiffs[1] in this action.  Plaintiffs' remaining counsel, the Weston Firm, is ordered to file a status report by not later than March 28, 2011 providing the status of the three lawsuits between the Beck & Lee firm and the Weston firm, and their impact on this action.

Court intends to issue its ruling on the pending Motion to Dismiss[2] and Motion to Strike[3] sometime later this week.

Court orders the dates as indicated on Scheduling and Case Management Order filed this date and refers this matter to Magistrate Judge Andrew J. Wistrich for settlement purposes.  Plaintiffs shall notify Magistrate Judge Wistrich immediately of the Court's referral and presumptive schedule and file a status report with this Court confirming same.

/ / /

/ / /

---

[1]  Docket entry number 49

[2]  Docket entry number 23.

[3]  Docket entry number 25.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-04173-AHM (AJWx) | Date | March 21, 2011 |
|---|---|---|---|
| Title | MARY HENDRSON , et al. v. GRUMA CORPORATION et al. | | |

At the conclusion of the mediation, Plaintiffs shall file another status report notifying the Court of the outcome.

All DOES dismissed.

| | : | 12 |
|---|---|---|
| Initials of Preparer | | SMO |