1  **THE WESTON FIRM**
2  GREGORY S. WESTON (239944)
   JACK FITZGERALD (257370)
3  888 Turquoise Street
   San Diego, CA  92109
4  Telephone:858 488 1672
5  Facsimile: 480 247 4553
   greg@westonfirm.com
6  jack@westonfirm.com
7
8  Counsel for Plaintiffs

9  UNITED STATES DISTRICT COURT
10  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION,<br><br>Defendant. | Case No. 2:10-cv-04173 AHM AJWx<br><br>Pleading Type: Class Action<br><br>**NOTICE OF DECISION FROM *HENDERSON V. THE J.M. SMUCKER COMPANY***<br><br>Judge: The Hon. A. Howard Matz |

---

*Henderson et al. v. Gruma Corporation,* Case No. 2:10-cv-04173 AHM AJWx
NOTICE OF DECISION FROM *HENDERSON V. THE J.M. SMUCKER COMPANY*

1  PLEASE TAKE NOTICE THAT Plaintiffs hereby lodge the attached order
2  of the Hon. George H. King filed last week in the matter of *Henderson v. The J.M.
3  Smucker Company*, No. 2:10-cv-04524 (C.D. Cal. Mar. 17, 2011), electronically
4  published at 2011 U.S. Dist. LEXIS 27953.
5  As with the motion to dismiss pending before the court, Smucker moved to
6  dismiss consumer deceptive labeling claims on the grounds of puffery, preemption,
7  and lack of injury.

Dated:  March 23, 2011                            Respectfully Submitted,

                                                  /s/Gregory S. Weston
                                                  Gregory S. Weston

                                                  **THE WESTON FIRM**
                                                  Gregory S. Weston
                                                  Jack Fitzgerald
                                                  888 Turquoise Street
                                                  San Diego, CA 92109
                                                  Telephone:  858 488 1672
                                                  Facsimile:   480 247 4553

                                                  *Counsel for Plaintiffs*

1

*Henderson et al. v. Gruma Corporation,* Case No. 2:10-cv-04173 AHM AJWx
NOTICE OF DECISION FROM *HENDERSON ET AL. V. THE J.M. SMUCKER COMPANY*