R.D. KIRWAN (SBN 46259)
DEVIN STONE (SBN 260326)
**BARNES & THORNBURG**
2049 Century Park East, Suite 3550
Los Angeles, California 90067
Telephone:    310-284-3880
Facsimile:    310-284-3894
E-Mail:    rkirwan@btlaw.com
          dstone@btlaw.com

Attorneys for Defendant
GRUMA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION<br><br>Defendant. | Case No. CV10-4173-AHM (AJWx)<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES WITHOUT OBJECTION TO DEFENDANT'S REQUESTS FOR PRODUCTION**<br><br>Judge: The Hon. Andrew J. Wistrich<br>Hearing: November 7, 10:00 a.m.<br>Location: Courtroom 690<br>Action Filed: June 4, 2010<br><br>Discovery Cut-Off:   December 19, 2011<br>Pre-Trial Conference:   March 26, 2012<br>Trial: April 10, 2012 |

LAS01 30408

**TO ALL PARTIES AND THEIR COUNSE OF RECORD:**

PLEASE TAKE NOTICE THAT on November 7, 2011 at 10:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Andrew J. Wistrich, located at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 690, Defendant will and hereby does move this Court to compel Plaintiffs to respond to Gruma's Requests for Production of Documents Nos. 1-103.

Defendant's motion is based on this Notice of Motion, the Joint Stipulation filed concurrently herewith, the Declaration of Devin Stone and Kalia C. Petmecky and the Exhibits attached thereto, all other pleadings and papers on file in this action, any matter of which this Court may take judicial notice, and such further evidence as may be presented at or before this hearing on this matter.

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in this Motion on September 13, 2011. *See* Declaration of Devin Stone; Declaration of Kalia C. Petmecky.

Dated: October 5, 2011            BARNES & THORNBURG LLP
                                  R.D. Kirwan
                                  Devin Stone


                                  By_____/s/ Devin Stone_____
                                           Devin Stone
                                     Attorneys for Defendant
                                     GRUMA CORPORATION

1

NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO
DEFENDANT'S REQUESTS FOR PRODUCTION