GREGORY S. WESTON (SBN 239944)
**THE WESTON FIRM**
1405 Morena Blvd., Suite 201
San Diego, California 92110
(619) 798-2006
Fax: (480) 247-4553
E-mail: greg@westonfirm.com

Attorneys for Plaintiffs

R.D. KIRWAN (SBN 46259)
**BARNES & THORNBURG**
2049 Century Park East, Suite 3550
Los Angeles, California 90067-3012
Telephone:    310-284-3880
Facsimile:    310-284-3894
E-Mail:        kyle.kirwan@btlaw.com

Attorneys for Defendant

(other counsel listed within)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION and GRUMA S.A.B. de C.V.,<br><br>Defendants. | Case No. CV10 4173 AHM (AJWx)<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br>**[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |

Plaintiffs Mary Henderson and Eileen Joy Peviani and Defendant Gruma Corporation (collectively, "the Parties"), having reached a settlement agreeing to certain matters regarding Gruma Corporation's guacamole/guacamole-flavored dip label and spicy bean dip label and otherwise resolving the dispute between them, thereby obviating the need for any further proceedings, make this joint motion pursuant to Fed. R. Civ. P. 41(a) and respectfully request

that the Court enter an Order: (1) dismissing with prejudice Ms. Henderson's and Ms. Peviani's individual claims in their entirety; and (2) dismissing without prejudice all remaining claims as to the putative class. A proposed Order is being submitted separately.


THE WESTON FIRM

Dated: November 18, 2011.

Gregory S. Weston
Attorney for Plaintiffs
Mary Henderson and Eileen Joy Peviani


BARNES & THORNBURG

Dated: November 18, 2011.

R. D. Kirwan
Attorneys for Defendant
Gruma Corporation


THOMPSON & KNIGHT LLP

Dated: November 18, 2011.

Gregory S.C. Huffman
Attorneys for Defendant
Gruma Corporation