JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON and EILEEN JOY PEVIANI, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>GRUMA CORPORATION and GRUMA S.A.B. de C.V.,<br><br>Defendants. | Case No. CV10-04173-AHM (AJWx)<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

Having reviewed the Joint Motion to Dismiss the above-entitled action, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

(1) Plaintiffs' individual claims are hereby dismissed with prejudice in their entirety; and

(2) All remaining claims relating to the putative class are dismissed without prejudice.

Dated: November 22, 2011

JS-6

_____
THE HON. A. HOWARD MATZ
U.S. DISTRICT COURT JUDGE